B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kellogg Media Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Whats on Las Vegas** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4856949** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6835 South Eastern<br>Suite 120<br>Las Vegas, NV**              ZIP Code **89119** | Street Address of Joint Debtor (No. and Street, City, and State):              ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):              ZIP Code | Mailing Address of Joint Debtor (if different from street address):              ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kellogg Media Group, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kellogg Media Group, LLC** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

**X** **/s/ David A. Colvin, Esq. Nevada Bar**
Signature of Attorney for Debtor(s)

  **David A. Colvin, Esq. Nevada Bar #4096**
Printed Name of Attorney for Debtor(s)

  **Marquis & Aurbach**
Firm Name

  **10001 Park Run Drive**
  **Las Vegas, NV 89145**

_____
Address

          **Email: kgallegos@marquisaurbach.com**
  **702-382-0711  Fax: 702-856-8965**
Telephone Number

  **November 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David Peeler**
Signature of Authorized Individual

  **David Peeler**
Printed Name of Authorized Individual

  **Managing Member**
Title of Authorized Individual

  **November 24, 2009**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re **Kellogg Media Group, LLC**                                          ,        Case No. _____

                                Debtor

                                                                        Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 5,383,139.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 5,383,139.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Kellogg Media Group, LLC**                                                                Case No. _____
                                                                              ,
                                                      Debtor

                                                                              Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Kellogg Media Group, LLC**            ,       Case No. _____

                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Kellogg Media Group, LLC**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

___2___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kellogg Media Group, LLC**                        ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **0.00**<br>(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kellogg Media Group, LLC**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Kellogg Media Group, LLC**                          ,      Case No. _____

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**   continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Kellogg Media Group, LLC**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Kellogg Media Group, LLC** _____ , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Business debt | | | | |
| **24/7 Distributing** **4685 S. Valley View Blvd.** **Las Vegas, NV 89103** | | - | | | | | | | **Unknown** |
| Account No. | | | | | Business debt | | | | |
| **Affordable Communications, Inc.** **1983 Whitney Mesa Drive** **Henderson, NV 89014** | | - | | | | | | | **Unknown** |
| Account No. | | | | | Business debt | | | | |
| **Al Mancini** **5044 Walbrook Lane** **Las Vegas, NV 89148** | | - | | | | | | | **1,032.00** |
| Account No. | | | | | Business debt | | | | |
| **Andrea Collier** **10620 Southern Highlands Pkwy** **Unit 110** **Las Vegas, NV 89141** | | - | | | | | | | **33,961.00** |
| __23__  continuation sheets attached | | | | | | Subtotal (Total of this page) | | | **34,993.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kellogg Media Group, LLC**
_____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business debt | | | | |
| Anthem Blue Cross Blue Shield P.O. Box 54101 Los Angeles, CA 90054-1013 | | | | | | | | 12,901.00 |
| Account No. **xxxxx1666** | | - | | Business debt | | | | |
| AT & T Mobility P.O> Box 6463 Carol Stream, IL 60197-5998 | | | | | | | | 270.00 |
| Account No. **xx-x3553** | | - | | Business debt | | | | |
| Audit Bureau of Circulations Dep.t 20-8026 P.O. Box 5998 Carol Stream, IL 60197-5998 | | | | | | | | 4,917.00 |
| Account No. | | - | | Business debt | | | | |
| Auto-Pro 4280 W. Flamingo Rd Las Vegas, NV 89103-3909 | | | | | | | | 59.00 |
| Account No. | | - | | Business debt | | | | |
| Auto/Truck Service | | | | | | | | Unknown |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      18,147.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kellogg Media Group, LLC**                                        ,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**P.O. Box 15731**<br>**Wilmington, DE 19886-5731** | - | | **Business debt** | | | | **24,995.00** |
| Account No.<br><br>**Bank of Nevada**<br>**10199 S. Eastern Avenue**<br>**Henderson, NV 89052** | - | | **Business debt** | | | | **Unknown** |
| Account No.<br><br>**Bank of Nevada**<br>**10199 S. Eastern Avenue**<br>**Henderson, NV 89052** | - | | **Business debt re: Atlantic City** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx5954**<br><br>**Blank Rome, LLP**<br>**The Chrysler Buidling**<br>**405 Lexington Avenue**<br>**New York, NY 10174** | - | | **Business debt** | | | | **3,185.00** |
| Account No.<br><br>**Brooks, Hougton & Co., Inc.**<br>**444 Madison Avenue**<br>**25th Floor**<br>**New York, NY 10022** | - | | **Business debt re Intellectual Property** | | | | **935,000.00** |

Sheet no. __2__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**963,180.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kellogg Media Group, LLC**                                      ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Cintas Corporation** **2460 Kiel Way** **North Las Vegas, NV 89030** | - | | | | | | 110.00 |
| Account No. | | | Business debt | | | | |
| **CIP Real Estate Property Services** **Hughes Cheyenne Fixed Porfolio LLC** **Dept. LA 22755** **Pasadena, CA 91185-2755** | - | | | | | | 315,678.00 |
| Account No. | | | Representing: **CIP Real Estate Property Services** | | | | Notice Only |
| **Richard L. Tobler, Esq.** **3654 N Rancho Drive** **#102** **Las Vegas, NV 89130** | | | | | | | |
| Account No. | | | Business debt | | | | |
| **City of Las Vegas** **400 Stewart Avenue** **Las Vegas, NV 89101** | - | | | | | | Unknown |
| Account No. **xxxx06-99** | | | Business debt | | | | |
| **Clark County Assessor** **500 S. Grand Central Parkway** **2nd Floor** **P.O. Box 551401** **Las Vegas, NV 89155-1401** | - | | | | | | 823.00 |

| | | |
|---|---|---|
| Sheet no. __3__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 316,611.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kellogg Media Group, LLC**                                    ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5690**<br><br>**Colonial Life & Accident Insurance Co.**<br>**Processing Center**<br>**P.O. Box 1365**<br>**Columbia, SC 29210** | | - | Business debt | | | | 3,372.00 |
| Account No.<br><br>**Concorde Executive Services, Ltd.**<br>**16 Hayestown Road**<br>**Danbury, CT 06811** | | - | Business debt | | | | 604.00 |
| Account No.<br><br>**Corey Levitan**<br>**816 Old Mine Creek Lane**<br>**Las Vegas, NV 89134** | | - | Business debt | | | | 351.00 |
| Account No.<br><br>**Corporation Service Company**<br>**P.O. Box 13397**<br>**Philadelphia, PA 19101-3397** | | - | Business debt | | | | Unknown |
| Account No.<br><br>**Creative Design & Production**<br>**701 West Delilah Rd.**<br>**Suite 213**<br>**Pleasantville, NJ 08232** | | - | Business debt re: Atlantic City | | | | 1,464.00 |

Sheet no. __4___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,791.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellogg Media Group, LLC** _____,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creel Printing Company** <br> **6330 W. Sunset Road** <br> **Las Vegas, NV 89118** | - | | **Business debt** | | | | 460,000.00 |
| Account No. <br><br> **Thomas W. Davis, II, Esq.** <br> **Howard & Howard Attorneys** <br> **3800 Howard Hughes Pkwy #1400** <br> **Las Vegas, NV 89169** | | | **Representing:** <br> **Creel Printing Company** | | | | Notice Only |
| Account No. <br><br> **Creel Printing Company** <br> **6330 W. Sunset Rd.** <br> **Las Vegas, NV 89118** | - | | | | | | 0.00 |
| Account No. **xxxxxON01** <br><br> **CTM Media Group, Inc.** <br> **11 Largo Drive South** <br> **Stamford, CT 06907** | - | | **Business debt re: Atlantic City** | | | | 38,133.00 |
| Account No. <br><br> **Damon Hodge** <br> **7661 Woven Sands Street** <br> **Las Vegas, NV 89149** | - | | **Business debt** | | | | 879.00 |

Sheet no. __**5**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        499,012.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kellogg Media Group, LLC**_____,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Dan Michalski 6155 Pacific Dogwood Avenue Las Vegas, NV 89139 | - | | | | | | | 780.00 |
| Account No. | | | | Business debt | | | | |
| David Peeler 21 Brynwood Lane Greenwich, CT 06831 | - | | | | | | | 369,500.00 |
| Account No. | | | | Business debt | | | | |
| DHL Express P.O. Box 414620 Boston, MA 02241-4620 | - | | | | | | | 53.00 |
| Account No. | | | | Business debt | | | | |
| Elan Office Systems 6231 S. McLeod Drive Suite K Las Vegas, NV 89120 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Elite Investigations 7435 S. Eastern Avenue Suite 5-284 Las Vegas, NV 89123 | - | | | | | | | 1,756.00 |

Sheet no. __6___ of __23__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)     372,089.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kellogg Media Group, LLC**                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Embarq P.O. Box 660068 Dallas, TX 75266-0068 | - | | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| Employers Insurance Company 2550 Paseo Verde Parkway Suite 100 Henderson, NV 89074 | - | | | | | | | **5,702.00** |
| Account No. | | | | Business debt | | | | |
| ESP Computer Services 12444 Victory Blvd. Suite 400 North Hollywood, CA 91606 | - | | | | | | | **807.00** |
| Account No. | | | | Business debt | | | | |
| Eureka Cartography 903 University Avenue Berkeley, CA 94710 | - | | | | | | | **1,500.00** |
| Account No. **1606** | | | | Business debt | | | | |
| Evergreen Printing Company 101 Haag Avenue P.O. Box 786 Bellmawr, NJ 08099 | - | | | | | | | **475,223.00** |

Sheet no. _**7**__ of _**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **483,232.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kellogg Media Group, LLC**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx5978**<br><br>**Fedex**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7231** | - | | | Business debt | | | | 536.00 |
| Account No.<br><br>**First Response**<br>**1269 8th Street**<br>**Las Vegas, NV 89104** | - | | | Business debt | | | | 40.00 |
| Account No.<br><br>**Forrest Lee**<br>**1175 E. Ocean Blvd.**<br>**Unit 311**<br>**Long Beach, CA 90802** | - | | | Business debt | | | | 1,131.00 |
| Account No.<br><br>**FujiFilm Graphic Systems**<br>**Dept. LA 22221**<br>**Pasadena, CA 91185-2221** | - | | | Business debt | | | | 2,480.00 |
| Account No.<br><br>**Grace Bascos**<br>**7445 Vernal Street**<br>**Las Vegas, NV 89139** | - | | | Business debt | | | | 500.00 |

Sheet no. __**8**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,687.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kellogg Media Group, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Greenspan & Douglas<br>2921 E. Fort Lowell Road<br>Suite 113<br>Tucson, AZ 85716 | - | | | Business debt | | | | 1,050.00 |
| Account No.<br><br>Greenspan & Douglas<br>2921 E. Ft. Lowell Rd.<br>Suite 113<br>Tucson, AZ 85716 | - | | | Business debt re: Atlantic City | | | | Unknown |
| Account No.<br><br>Hampton Partners, Ltd.<br>16 Havestown Rd.<br>Suite 4305<br>Danbury, CT 06811 | - | | | Business debt | | | | 42,113.00 |
| Account No.<br><br>Hearthland Payment Systems<br>1 Heartland Way<br>Jeffersonville, IN 47130 | - | | | Business debt | | | | Unknown |
| Account No.<br><br>High 5 Investments<br>7196 Durango Street<br>Las Vegas, NV 89120 | - | | | Business debt | | | | Unknown |

Sheet no. __9___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        43,163.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kellogg Media Group, LLC**                                  ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Holaday Marketing**<br>**Jenny Holaday**<br>**414 Rockbridge Ct.**<br>**Egg Harbor Township, NJ 08234** | - | | **Business debt re: Atlantic City** | | | | 30,000.00 |
| Account No.<br><br>**Inland/Hobbs**<br>**4265 W. Tropicana Avenue**<br>**Las Vegas, NV 89103** | - | | **Business debt** | | | | 540.00 |
| Account No.<br><br>**J.A.M.S. Factory, Inc.**<br>**6420 E. Tropicana Avenue**<br>**Unit 172**<br>**Las Vegas, NV 89121** | - | | **Business debt** | | | | Unknown |
| Account No.<br><br>**Jennifer Lawson**<br>**2004 Carpenter Street**<br>**Philadelphia, PA 19146** | - | | **Business debt** | | | | Unknown |
| Account No.<br><br>**Jennifer Lawson**<br>**2004 Carpenter Street**<br>**Philadelphia, PA 19146** | - | | **Business debt re: Atlantic City** | | | | Unknown |

Sheet no. __10__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,540.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Kellogg Media Group, LLC_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Julie Seabaugh 8033 Sunset Blvd. Unit 345 Los Angeles, CA 90046 | - | | | | | | | 1,598.00 |
| Account No. | | | | Business debt re: Atlantic City | | | | |
| Julie Seabaugh 8033 Sunset Blvd. #345 Los Angeles, CA 90046 | - | | | | | | | 1,462.00 |
| Account No. | | | | Business debt | | | | |
| Kemp Jones & Coulthard, LLP 3800 Howard Hughes Parkway 17th Floor Las Vegas, NV 89169 | - | | | | | | | 9,658.00 |
| Account No. | | | | Business debt | | | | |
| Kevin Capp 9912 SE 16th Street Bellevue, WA 98004 | - | | | | | | | 317.00 |
| Account No. | | | | Business debt | | | | |
| Kinko's Fedex Office Three Galleria Tower 13155 Noel Rd. Ste 1600 Dallas, TX 75240 | - | | | | | | | 139.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    13,174.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kellogg Media Group, LLC**
                                                          ,      Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt re: Atlantic City | | | | |
| **Kolea Baker Artist's Representative, Inc**<br>**7205 28th Avenue NW**<br>**Seattle, WA 98117** | - | | | | | | 3,500.00 |
| Account No. | | | Business debt | | | | |
| **Lark Williams**<br>**3384 Edenville Drive**<br>**Las Vegas, NV 89117** | - | | | | | | 370.00 |
| Account No. | | | Business debt | | | | |
| **Las Vegas Chamber of Commerce**<br>**3720 Howard Hughes Parkway**<br>**Las Vegas, NV 89109** | - | | | | | | 2,292.00 |
| Account No. | | | Business debt | | | | |
| **Lubbers & Borg**<br>**2500 W. Sahara Avenue**<br>**Suite 206**<br>**Las Vegas, NV 89102** | - | | | | | | 9,360.00 |
| Account No. | | | Business debt | | | | |
| **Lubritz Law Group**<br>**7530 W. Sahara Avenue Suite 105**<br>**Las Vegas, NV 89117** | - | | | | | | Unknown |

Sheet no. __12__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        15,522.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellogg Media Group, LLC** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Managed Pay Payroll Systems 6410 S. Eastern Avenue Suite 100 Las Vegas, NV 89119 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Martin E. Weisburg Law 444 Madison Avenue Suite 601 New York, NY 10022 | - | | | | | | | 3,196.00 |
| Account No. | | | | Business debt | | | | |
| Marz & Company 6600 Amelia Earhart Court Suite C Las Vegas, NV 89119 | - | | | | | | | 30,000.00 |
| Account No. | | | | Business debt re: Atlantic City | | | | |
| Marz & Company 6600 Amelia Earhard Ct Suite C Las Vegas, NV 89119 | - | | | | | | | 48,994.00 |
| Account No. | | | | Business debt | | | | |
| Matt Kelemen aka Michael Laszlo 1041 Sweeney Avenue Las Vegas, NV 89104 | - | | | | | | | Unknown |

Sheet no. __13__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **82,190.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kellogg Media Group, LLC**                                      ,        Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Matthew Scott Hunter 3312 Birch Tree Lane Unit 202 Las Vegas, NV 89117 | - | | | | | | | 1,336.00 |
| Account No. | | | | Business debt | | | | |
| Minimalist, Inc. 217 Glenridge Avenue Montclair, NJ 07042 | - | | | | | | | 800.00 |
| Account No. | | | | Business debt | | | | |
| NAP Corporation 1501 Lombard Street Philadelphia, PA 19146 | - | | | | | | | 3,200.00 |
| Account No. | | | | Business debt | | | | |
| Neopost 1335 Valwood Parkway Suite 111 Carrollton, TX 75006 | - | | | | | | | 899.00 |
| Account No. | | | | Business debt | | | | |
| Nevada Dept. of Taxation 555 E. Washington Avenue Suite 1300 Las Vegas, NV 89101 | - | | | | | | | 84,000.00 |

Sheet no. __14__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    90,235.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kellogg Media Group, LLC**                                            ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxxxx2243 | | | | Business debt | | | | |
| Nevada Energy Panel D P.O. Box 30086 Reno, NV 89520-3086 | - | | | | | | | 240.00 |
| Account No. xxxxxxxxxxxxxx2235 | | | | Business debt | | | | |
| Nevada Energy-Panel C P.O. Box 30086 Reno, NV 89520-3086 | - | | | | | | | 561.00 |
| Account No. | | | | Business debt | | | | |
| Nevada Legal News 930 S. 4th Street Suite 100 Las Vegas, NV 89101 | - | | | | | | | 25.00 |
| Account No. | | | | Business debt | | | | |
| Nevada Packaging | - | | | | | | | 134.00 |
| Account No. | | | | Business debt | | | | |
| NW&P P.O. Box 19661 Irvine, CA 92623 | - | | | | | | | 41.00 |

Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,001.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Kellogg Media Group, LLC_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| PJ Perez P.O. Box 28093 Las Vegas, NV 89126 | | - | | | | | | 252.00 |
| Account No. | | | | Business debt | | | | |
| Progressive Casualty Insurance P.O. Box 30108 Tampa, FL 33630-3108 | | - | | | | | | 2,428.00 |
| Account No. **xxxx6755** | | | | Business debt | | | | |
| Protection One P.O. Box 5714 Carol Stream, IL 60197-5714 | | - | | | | | | 271.00 |
| Account No. **xx6050** | | | | Business debt | | | | |
| Rackspace US Inc. P.O. Box 730759 Dallas, TX 75373-0759 | | - | | | | | | 1,180.00 |
| Account No. | | | | Business debt | | | | |
| Rene Libutti 2954 E. Liberty Avenue Las Vegas, NV 89121 | | - | | | | | | Unknown |

Sheet no. __16__ of __23__ sheets attached to Schedule of          Subtotal          | 4,131.00 |
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kellogg Media Group, LLC**                                    ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WHAON** <br><br> **RFC Wire Forms** <br> **525 W. Brooks Street** <br> **Ontario, CA 91762** | - | | Business debt | | | | 1,180.00 |
| Account No. <br><br> **Robert T. Barlow** <br> **27 Governor Street** <br> **Ridgefield, CT 06877** | - | | Business debt | | | | 3,960.00 |
| Account No. <br><br> **Russell Long** | - | | Business debt re: Atlantic City | | | | Unknown |
| Account No. <br><br> **Scott Ribeiro** <br> **1317 Minuet Street** <br> **Henderson, NV 89052** | - | | Business debt | | | | 5,000.00 |
| Account No. **xxxxxxxx0063** <br><br> **Secretary of State** <br> **202 N. Carson Street** <br> **Carson City, NV 89701-4201** | - | | Business debt | | | | Unknown |

Sheet no. __17__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,140.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellogg Media Group, LLC**                                          Case No. _____
                                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  **Selling Power** P.O. Box 5467 1140 International Plwy Fredericksburg, VA 22406 | | - | | Business debt | | | | 60.00 |
| Account No.  **Sign Innovations** 242 Sunpac Avenue Henderson, NV 89011-4436 | | - | | Business debt | | | | 976.00 |
| Account No.  **Silver Scribe LLC** c/o Kate Silver 801 Thrush Drive Las Vegas, NV 89145 | | - | | Business debt | | | | 842.00 |
| Account No.  **SOS Litigation** 930 S. 4th Street Suite 201 Las Vegas, NV 89101 | | - | | Business debt | | | | Unknown |
| Account No.  **Sparkletts** P.O. Box 660579 Dallas, TX 75266-0579 | | - | | Business debt | | | | 1,038.00 |

Sheet no. __**18**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                      2,916.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellogg Media Group, LLC**                                                           Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| SRDS P.O. Box 88986 Chicago, IL 60695-1986 | - | | | | | | | 2,049.00 |
| Account No. | | | | Business debt | | | | |
| SREF/GTIS Vegas Investors 725 Conshoholken State Rd. Bala Cynwyd, PA 19004 | - | | | | | | | 2,834.00 |
| Account No. **xx xxx9313** | | | | Business debt | | | | |
| Staples Inc. Staples Business Advantage Dept. LA P.O. Box 83689 Chicago, IL 60696-3689 | - | | | | | | | 1,134.00 |
| Account No. **xxx-xxxxxx5550** | | | | Business debt | | | | |
| State of Nevada Business License Renewal P.O. Box 52614 Phoenix, AZ 85072-2614 | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| State of Nevada Secretary of State 101 N. Carson Street Suite 3 Carson City, NV 89701 | - | | | | | | | Unknown |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,017.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kellogg Media Group, LLC**_____,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Steve Friess**<br>**3351 Clandara Avenue**<br>**Las Vegas, NV 89121** | - | | **Business debt** | | | | 1,820.00 |
| Account No. <br><br>**Susan Stapleton**<br>**1900 Tierra Vista Drive**<br>**Unit 202**<br>**Las Vegas, NV 89128** | - | | **Business debt** | | | | 439.00 |
| Account No. <br><br>**Tammy Scarpati** | - | | **Business debt** | | | | Unknown |
| Account No. **xx2263**<br><br>**Telepacific Communications**<br>**MPower Communciations**<br>**P.O. Box 60767**<br>**Los Angeles, CA 90060-0767** | - | | **Business debt** | | | | 8,476.00 |
| Account No. **xxxxxx8808**<br><br>**The Hartford**<br>**P.O. Box 2907**<br>**Hartford, CT 06104-2907** | - | | **Business debt** | | | | 2,289.00 |

Sheet no. __**20**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **13,024.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellogg Media Group, LLC**                                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tom Jones Food Mart**<br>**3201 W. Tropicana Avenue**<br>**Las Vegas, NV 89103** | - | | | **Business debt** | | | | 2,602.00 |
| Account No.<br><br>**Tom Roderick**<br>**593 Carpenter Ridge**<br>**Columbus, OH 43228** | - | | | **Business debt** | | | | 172.00 |
| Account No.<br><br>**Trend Offset Printing**<br>**3701 Catalina Street**<br>**Los Alamitos, CA 90720** | - | | | **Business debt** | | | | 624,165.00 |
| Account No.<br><br>**Trend Offset Printing**<br>**3701 Catalina Street**<br>**Los Alamitos, CA 90720** | - | | | **Business debt re: Atlantic City** | | | | Unknown |
| Account No.<br><br>**Tribune Media Services**<br>**40 Media Drive**<br>**Queensbury, NY 12804** | - | | | **Business debt** | | | | 2,129.00 |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          629,068.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kellogg Media Group, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5683** <br><br> UPS <br> P.O. Box 894820 <br> Los Angeles, CA 90189 | | - | | Business debt | | | | 932.00 |
| Account No. **xx6/007** <br><br> Value Self Storage <br> 8020 S. Las Vegas Blvd. <br> Las Vegas, NV 89123 | | - | | Business debt | | | | Unknown |
| Account No. <br><br> Vision Envelope <br> 13707 S. Figueroa Street <br> Los Angeles, CA 90060 | | - | | Business debt | | | | 70.00 |
| Account No. **xx2063** <br><br> Wild Wild West Gambling Hall <br> & Hotel <br> 2800 S. Rancho Drive <br> Las Vegas, NV 89102 | | - | | Business debt | | | | 715.00 |
| Account No. <br><br> WOLP, LP <br> 2013 Grouse Street <br> Las Vegas, NV 89134 | | - | | Business debt | | | | 1,742,500.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,744,217.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kellogg Media Group, LLC** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| **Zinio, LLC** **114 Sansome Street** **10th Floor** **San Francisco, CA 94104** | - | | | | | | | **59.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __23__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **59.00** |
| Total (Report on Summary of Schedules) | **5,383,139.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re      **Kellogg Media Group, LLC**                                              ,          Case No. _____
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re **Kellogg Media Group, LLC** _____,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Kellogg Media Group, LLC**

Debtor(s)

Case No.
Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 24, 2009**

Signature    **/s/ David Peeler**

**David Peeler**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Kellogg Media Group, LLC**            Case No.                       

                                   Debtor(s)                        Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                  SOURCE

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                  SOURCE

2

### 3. Payments to creditors

None
■       *Complete a. or b., as appropriate, and c.*

　　　a.　*Individual or joint debtor(s) with primarily consumer debts.*　List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐       b.　*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Evergreen Printing** | | **$0.00** | **$0.00** |

None
■       c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐       a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wolp, LP** | | | |
| **Trend Printing** | | | |
| **T. Scarpati** | | | |
| **A. COllize** | | | |
| **CIP** | | | |
| **Fashion Show** | | | |
| **Creel Printing & Publishing Co. and Allan Creel vs. Kellogg Media Group, LLC and David Peeler** | | **District Court, Clark County, Nevada** | **Pending** |
| **CIP Hughes Cheyenne Fixed Portfolio, LLC vs. Kellogg Media Group, LLC** | **Breach of lease** | **District Court, Clark County, Nevada** | **Pending** |

3

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **State of Nevada** | **September or October 2008** | **$13,000.00 seized from Bank of Nevada account for use tax** |

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Brooks Houghton Intellectual Funding II** | **11-13-09** | **All assets of KMG, LLC via Article 9 proceedings in New York: Cash, accounts receivable, WIP, office fixtures, data bases, intellecteint property, trucks, etc.** |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **(2) laptop computers** | **Theft at office, no insurance claim filed.  Total value $1200** | **March or April, 2009** |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145** | **November 20, 2009** | **$4,701.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 4425 Dean Martin Drive, Las Vegas, NV | KMG, LLC | 6/06 - 2/07 |
| 980 Kelly Johnson Drive, Las Vegas, NV | KMG, LLC | 2/07 - 1/09 |
| 6825 S. Eastern Pkwy, Suite 120 Las Vegas, NV | KMG, LLC | 7/09 - 11/13/09 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kellogg Media Group, LLC** | | | **Publisher** | **6/06 - 11/13/09** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Russell Long** | |
| **Robert Barlow** | |
| **Jim Goonan** | |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Russell Long, Robert Barlow, Jim Goonan** | | |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Robert Barlow, Jim Goonan** | |

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Roy Prieb** | **30%** | |
| **David W. Peeler** | **70%** | |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                                         ADDRESS                                         DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                             TITLE                             DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                                DATE AND PURPOSE                         AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                        OF WITHDRAWAL                            OR DESCRIPTION AND
                                                                                      VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   **November 24, 2009**                      Signature   **/s/ David Peeler**
                                                              **David Peeler**
                                                              **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re   **Kellogg Media Group, LLC** _____   Case No. _____
                                          Debtor(s)           Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,500.00 |
| Prior to the filing of this statement I have received | $ | 4,701.00 |
| Balance Due | $ | 7,799.00 |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **David Peeler**

4. The source of compensation to be paid to me is:

☐ Debtor   ■ Other (specify):   **David Peeler**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 24, 2009** _____      **/s/ David A. Colvin, Esq. Nevada Bar** _____
                                                  **David A. Colvin, Esq. Nevada Bar #4096**
                                                  **Marquis & Aurbach**
                                                    **10001 Park Run Drive**
                                                    **Las Vegas, NV 89145**
                                                    **702-382-0711  Fax: 702-856-8965**
                                                    **kgallegos@marquisaurbach.com**

# United States Bankruptcy Court
## District of Nevada

In re   **Kellogg Media Group, LLC** _____
                              Debtor(s)

Case No. _____
Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 24, 2009** _____

**/s/ David Peeler** _____
**David Peeler**/**Managing Member**
Signer/Title

Kellogg Media Group, LLC
6835 South Eastern
Suite 120
Las Vegas, NV 89119

Auto/Truck Service

Code Blue Executive Services, Ltd.
16 Hayestown Road
Danbury, CT 06811

David A. Colvin, Esq. Nevada Bar
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145

Bank of America
P.O. Box 15731
Wilmington, DE 19886-5731

Corey Levitan
816 Old Mine Creek Lane
Las Vegas, NV 89134

24/7 Distributing
4685 S. Valley View Blvd.
Las Vegas, NV 89103

Bank of Nevada
10199 S. Eastern Avenue
Henderson, NV 89052

Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

Affordable Communications, Inc.
1983 Whitney Mesa Drive
Henderson, NV 89014

Blank Rome, LLP
Acct No xxxxxxxxxxx5954
The Chrysler Buidling
405 Lexington Avenue
New York, NY 10174

Creative Design & Production
701 West Delilah Rd.
Suite 213
Pleasantville, NJ 08232

Al Mancini
5044 Walbrook Lane
Las Vegas, NV 89148

Brooks, Hougton & Co., Inc.
444 Madison Avenue
25th Floor
New York, NY 10022

Creel Printing Company
6330 W. Sunset Road
Las Vegas, NV 89118

Andrea Collier
10620 Southern Highlands Pkwy
Unit 110
Las Vegas, NV 89141

Cintas Corporation
2460 Kiel Way
North Las Vegas, NV 89030

Creel Printing Company
6330 W. Sunset Rd.
Las Vegas, NV 89118

Anthem Blue Cross Blue Shield
P.O. Box 54101
Los Angeles, CA 90054-1013

CIP Real Estate Property Services
Hughes Cheyenne Fixed Porfolio LLC
Dept. LA 22755
Pasadena, CA 91185-2755

CTM Media Group, Inc.
Acct No xxxxxON01
11 Largo Drive South
Stamford, CT 06907

AT & T Mobility
Acct No xxxxx1666
P.O> Box 6463
Carol Stream, IL 60197-5998

City of Las Vegas
400 Stewart Avenue
Las Vegas, NV 89101

Damon Hodge
7661 Woven Sands Street
Las Vegas, NV 89149

Audit Bureau of Circulations
Acct No xx-x3553
Dep.t 20-8026
P.O. Box 5998
Carol Stream, IL 60197-5998

Clark County Assessor
Acct No xxxx06-99
500 S. Grand Central Parkway
2nd Floor
P.O. Box 551401
Las Vegas, NV 89155-1401

Dan Michalski
6155 Pacific Dogwood Avenue
Las Vegas, NV 89139

Auto-Pro
4280 W. Flamingo Rd
Las Vegas, NV 89103-3909

Colonial Life & Accident Insurance Co.
Acct No xxxx5690
Processing Center
P.O. Box 1365
Columbia, SC 29210

David Peeler
21 Brynwood Lane
Greenwich, CT 06831

DHL Express
P.O. Box 414620
Boston, MA 02241-4620

Forrest Lee
1175 E. Ocean Blvd.
Unit 311
Long Beach, CA 90802

Jam.S.O Factory, Inc.
6420 E. Tropicana Avenue
Unit 172
Las Vegas, NV 89121

Elan Office Systems
6231 S. McLeod Drive
Suite K
Las Vegas, NV 89120

FujiFilm Graphic Systems
Dept. LA 22221
Pasadena, CA 91185-2221

Jennifer Lawson
2004 Carpenter Street
Philadelphia, PA 19146

Elite Investigations
7435 S. Eastern Avenue
Suite 5-284
Las Vegas, NV 89123

Grace Bascos
7445 Vernal Street
Las Vegas, NV 89139

Julie Seabaugh
8033 Sunset Blvd.
Unit 345
Los Angeles, CA 90046

Embarq
P.O. Box 660068
Dallas, TX 75266-0068

Greenspan & Douglas
2921 E. Fort Lowell Road
Suite 113
Tucson, AZ 85716

Julie Seabaugh
8033 Sunset Blvd. #345
Los Angeles, CA 90046

Employers Insurance Company
2550 Paseo Verde Parkway Suite 100
Henderson, NV 89074

Greenspan & Douglas
2921 E. Ft. Lowell Rd.
Suite 113
Tucson, AZ 85716

Kemp Jones & Coulthard, LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89169

ESP Computer Services
12444 Victory Blvd.
Suite 400
North Hollywood, CA 91606

Hampton Partners, Ltd.
16 Havestown Rd.
Suite 4305
Danbury, CT 06811

Kevin Capp
9912 SE 16th Street
Bellevue, WA 98004

Eureka Cartography
903 University Avenue
Berkeley, CA 94710

Hearthland Payment Systems
1 Heartland Way
Jeffersonville, IN 47130

Kinko's
Fedex Office
Three Galleria Tower
13155 Noel Rd. Ste 1600
Dallas, TX 75240

Evergreen Printing Company
Acct No 1606
101 Haag Avenue
P.O. Box 786
Bellmawr, NJ 08099

High 5 Investments
7196 Durango Street
Las Vegas, NV 89120

Kolea Baker Artist's Representative
7205 28th Avenue NW
Seattle, WA 98117

Fedex
Acct No xxxxx5978
P.O. Box 7221
Pasadena, CA 91109-7231

Holaday Marketing
Jenny Holaday
414 Rockbridge Ct.
Egg Harbor Township, NJ 08234

Lark Williams
3384 Edenville Drive
Las Vegas, NV 89117

First Response
1269 8th Street
Las Vegas, NV 89104

Inland/Hobbs
4265 W. Tropicana Avenue
Las Vegas, NV 89103

Las Vegas Chamber of Commerce
3720 Howard Hughes Parkway
Las Vegas, NV 89109

Lubbers & Borg
2500 W. Sahara Avenue
Suite 206
Las Vegas, NV 89102

Neopost
1335 Valwood Parkway
Suite 111
Carrollton, TX 75006

Rackspace US Inc.
Acct No xx6050
P.O. Box 730759
Dallas, TX 75373-0759

Lubritz Law Group
7530 W. Sahara Avenue Suite 105
Las Vegas, NV 89117

Nevada Dept. of Taxation
555 E. Washington Avenue
Suite 1300
Las Vegas, NV 89101

Rene Libutti
2954 E. Liberty Avenue
Las Vegas, NV 89121

Managed Pay Payroll Systems
6410 S. Eastern Avenue
Suite 100
Las Vegas, NV 89119

Nevada Energy
Acct No xxxxxxxxxxxxxxx2243
Panel D
P.O. Box 30086
Reno, NV 89520-3086

RFC Wire Forms
Acct No WHAON
525 W. Brooks Street
Ontario, CA 91762

Martin E. Weisburg Law
444 Madison Avenue
Suite 601
New York, NY 10022

Nevada Energy-Panel C
Acct No xxxxxxxxxxxxxxx2235
P.O. Box 30086
Reno, NV 89520-3086

Richard L. Tobler, Esq.
3654 N Rancho Drive
#102
Las Vegas, NV 89130

Marz & Company
6600 Amelia Earhart Court
Suite C
Las Vegas, NV 89119

Nevada Legal News
930 S. 4th Street
Suite 100
Las Vegas, NV 89101

Robert T. Barlow
27 Governor Street
Ridgefield, CT 06877

Marz & Company
6600 Amelia Earhard Ct
Suite C
Las Vegas, NV 89119

Nevada Packaging

Russell Long

Matt Kelemen aka Michael Laszlo
1041 Sweeney Avenue
Las Vegas, NV 89104

NW&P
P.O. Box 19661
Irvine, CA 92623

Scott Ribeiro
1317 Minuet Street
Henderson, NV 89052

Matthew Scott Hunter
3312 Birch Tree Lane
Unit 202
Las Vegas, NV 89117

PJ Perez
P.O. Box 28093
Las Vegas, NV 89126

Secretary of State
Acct No xxxxxxxx0063
202 N. Carson Street
Carson City, NV 89701-4201

Minimalist, Inc.
217 Glenridge Avenue
Montclair, NJ 07042

Progressive Casualty Insurance
P.O. Box 30108
Tampa, FL 33630-3108

Selling Power
P.O. Box 5467
1140 International Plwy
Fredericksburg, VA 22406

NAP Corporation
1501 Lombard Street
Philadelphia, PA 19146

Protection One
Acct No xxxx6755
P.O. Box 5714
Carol Stream, IL 60197-5714

Sign Innovations
242 Sunpac Avenue
Henderson, NV 89011-4436

Silver Scribe LLC
c/o Kate Silver
801 Thrush Drive
Las Vegas, NV 89145

Tammy Scarpati

13707 S. Figueroa Street
Los Angeles, CA 90060

SOS Litigation
930 S. 4th Street
Suite 201
Las Vegas, NV 89101

Telepacific Communications
Acct No xx2263
MPower Communciations
P.O. Box 60767
Los Angeles, CA 90060-0767

Wild Wild West Gambling Hall
Acct No xx2063
& Hotel
2800 S. Rancho Drive
Las Vegas, NV 89102

Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579

The Hartford
Acct No xxxxx8808
P.O. Box 2907
Hartford, CT 06104-2907

WOLP, LP
2013 Grouse Street
Las Vegas, NV 89134

SRDS
P.O. Box 88986
Chicago, IL 60695-1986

Thomas W. Davis, II, Esq.
Howard & Howard Attorneys
3800 Howard Hughes Pkwy #1400
Las Vegas, NV 89169

Zinio, LLC
114 Sansome Street
10th Floor
San Francisco, CA 94104

SREF/GTIS Vegas Investors
725 Conshoholken State Rd.
Bala Cynwyd, PA 19004

Tom Jones Food Mart
3201 W. Tropicana Avenue
Las Vegas, NV 89103

Staples Inc.
Acct No xx xxx9313
Staples Business Advantage
Dept. LA P.O. Box 83689
Chicago, IL 60696-3689

Tom Roderick
593 Carpenter Ridge
Columbus, OH 43228

State of Nevada
Acct No xxx-xxxxxx5550
Business License Renewal
P.O. Box 52614
Phoenix, AZ 85072-2614

Trend Offset Printing
3701 Catalina Street
Los Alamitos, CA 90720

State of Nevada
Secretary of State
101 N. Carson Street
Suite 3
Carson City, NV 89701

Tribune Media Services
40 Media Drive
Queensbury, NY 12804

Steve Friess
3351 Clandara Avenue
Las Vegas, NV 89121

UPS
Acct No xx5683
P.O. Box 894820
Los Angeles, CA 90189

Susan Stapleton
1900 Tierra Vista Drive
Unit 202
Las Vegas, NV 89128

Value Self Storage
Acct No xx6/007
8020 S. Las Vegas Blvd.
Las Vegas, NV 89123

# United States Bankruptcy Court
### District of Nevada

In re    **Kellogg Media Group, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kellogg Media Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 24, 2009**

Date

**/s/ David A. Colvin, Esq. Nevada Bar**

**David A. Colvin, Esq. Nevada Bar #4096**

Signature of Attorney or Litigant

Counsel for   **Kellogg Media Group, LLC**

**Marquis & Aurbach**

**10001 Park Run Drive**
**Las Vegas, NV 89145**
**702-382-0711 Fax:702-856-8965**
**kgallegos@marquisaurbach.com**