# United States Bankruptcy Court
## District of Nevada

**Case No. <u>09–32153–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
   KELLOGG MEDIA GROUP, LLC
   dba WHATS ON LAS VEGAS
   dba WHAT'S ON THE ATLANTIC CITY GUIDE,
      LLC
   P.O. BOX 81769
   LAS VEGAS, NV 89180

Social Security No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/7/10                                          BY THE COURT

                                                                       Mary A. Schott
                                                                       Clerk of the Bankruptcy Court